UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECHOMAIL, INC.,<br><br>    Plaintiff,<br>v.<br><br>ZOE HELENE GREENE a/k/a ZOE HELENE,<br>VISIONROSE, L.L.C., and ZOE HELENE, INC.,<br><br>    Defendants. | Docket No. 06-CA-11996 DPW |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff EchoMail, Inc. voluntarily dismisses this action with prejudice.

                                  ECHOMAIL, INC.
                                  By its attorneys,

                                  /s Philip H. Graeter
                                  James Coyne King (BBO # 272620)
                                  Philip H. Graeter (BBO # 645316)

                                  HANIFY & KING
                                  Professional Corporation
                                  One Beacon Street
                                  Boston, MA  02108
                                  (617) 423-0400

DATED: December 27, 2006